IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP.,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:23-cv-03438-MLB |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Sam's East, Inc., and provides this Certificate of Interested Persons and Corporate Disclosure Statement in compliance with Fed. R. Civ. P. 7.1 and N.D.GA. Local Rule 3.3, and states:

1.

The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent-corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    **a.**    **Argelia Solito – Plaintiff**

    **b.**    **Sam's East, Inc. – Defendant**

**Sam's East, Inc. is a privately held, wholly (100%) owned subsidiary of Sam's West, Inc. Sam's West, Inc. is a privately held, wholly (100%) owned subsidiary of Walmart Inc. Walmart Inc. is a publicly held corporation. There are no parent companies or public entities which hold 10% or more of the stock of Walmart Inc.**

2.

The undersigned certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a.    **Plaintiff Argelia Solito**

    b.    **HQ Alex Nguyen Law Firm, LLC – Plaintiff's counsel**

    c.    **Cruz & Associates, PC – Plaintiff's prior counsel**

3.

The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.    **Counsel for Plaintiff: Hung Q. Nguyen & Adam Klein**

    b.    **Counsel for Defendant: Michael L. Miller & Katherine I. Barton**

4.

The undersigned certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**a.     Plaintiff Argelia Solito is a citizen of the state of Georgia.**

**b.     Defendant Sam's East, Inc. is a corporation formed under the laws of the state of Arkansas and has its principal place of business in Arkansas, and thus is a citizen of Arkansas.**

Respectfully submitted, this 23rd day of August, 2023.

**DREW ECKL & FARNHAM, LLP**

/s/Michael L. Miller
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
*Attorneys for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30309
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO,<br><br>  Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP.,<br><br>  Defendants. | CIVIL ACTION<br>FILE NO. 1:23-cv-03438-MLB |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1(B)

I HEREBY CERTIFY that I have this day filed the **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court, using the CM/ECF system and served a copy of the foregoing upon Plaintiff via U.S. Mail, adequate postage prepaid, addressed as follows:

> Hung Q. Nguyen, Esq.
> Adam Klein, Esq.
> HQ Alex Nguyen Law Firm, LLC
> 5495 Jimmy Carter Blvd., Suite B-17
> Norcross, GA 30093
> litigation@770goodlaw.com
> alex@770goodlaw.com
> adam@770goodlaw.com

-5-

I further certify that the foregoing has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1(b).

Respectfully submitted, this 23rd day of August, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
*Attorneys for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

13742766/1
05695-260504