IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Argelia Solito,

        Plaintiff,

                      Case No. 1:23-cv-3438-MLB

v.

Sam's East Inc.,

        Defendant.

_____/

## SCHEDULING ORDER

Before the Court is the parties' Joint Preliminary Report and Discovery Plan (Dkt. 7) (the "Plan"). Having considered the Plan, it is hereby **APPROVED**. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: This case is assigned to an eight-month discovery track. Discovery shall be completed on or before May 2, 2024.

**SO ORDERED** this 24th day of August, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE