# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP.,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:23-cv-03438-MLB |

## DEFENDANTS' RULE 5.4 CERTIFICATE

Pursuant to Local Rule 5.4, Defendants hereby notifies the Court that the following documents were served upon Plaintiff on September 6, 2023, via U.S. Mail:

**Defendants' Requests for Production of Documents to Non-Party for Argelia Solito as follows:**

- **MRI Imaging Specialists;**
- **Ortho Sport & Spine Physicians;**
- **Peachtree Spine & Sports Physicians;**
- **Northside Hospital;**
- **Northside Radiology;**

- **Atlas Spine & Rehab;**

- **Morning Chiropractic; and**

- **Northside Emergency Associates PC.**

Said documents were addressed to

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
alex@770goodlaw.com

Respectfully submitted, this 6th day of September 2023.

                                                **DREW ECKL & FARNHAM, LLP**

                                                */s/Michael L. Miller*
                                                Michael L. Miller
                                                Georgia Bar No. 508011
                                                Katherine I. Barton
                                                Georgia Bar No. 882335
                                                *Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendants hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 6th day of September 2023

                                                **DREW ECKL & FARNHAM, LLP**

                                                */s/Michael L. Miller*
                                                Michael L. Miller
                                                Georgia Bar No. 508011
                                                Katherine I. Barton
                                                Georgia Bar No. 882335
                                                *Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
alex@770goodlaw.com

This 6th day of September 2023

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com
13776208v1
05695-260504