# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP.,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:23-cv-03438-MLB |

### DEFENDANTS' RULE 5.4 CERTIFICATE

Pursuant to Local Rule 5.4, Defendants hereby notifies the Court that the following documents were served upon Plaintiff on September 25, 2023, via U.S. Mail:

1. **Defendants' Subpoena to Produce Documents in a Civil Action to Lumen Technologies;**

2. **Defendants' Subpoena to Produce Documents in a Civil Action to Progressive Insurance Company; and**

3. **Defendants' Subpoena to Produce Documents in a Civil Action to Clearcover Insurance Company, LLC.**

Said documents were addressed to:

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093

litigation@770goodlaw.com
alex@770goodlaw.com

Respectfully submitted, this 25th day of September 2023.

                              **DREW ECKL & FARNHAM, LLP**

                              <u>*/s/Katherine I. Barton*</u>
                              Michael L. Miller
                              Georgia Bar No. 508011
                              Katherine I. Barton
                              Georgia Bar No. 882335
                              ***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendants hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 25th day of September, 2023

                                         **DREW ECKL & FARNHAM, LLP**

                                         */s/Katherine I. Barton*
                                         Michael L. Miller
                                         Georgia Bar No. 508011
                                         Katherine I. Barton
                                         Georgia Bar No. 882335
                                         ***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
alex@770goodlaw.com

This 25th day of September, 2023

**DREW ECKL & FARNHAM, LLP**

*/s/Katherine I. Barton*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

13818028v1
05695-260504