# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP.,<br><br>    Defendants. | Case No. 1:23-cv-03438-MLB |

## DEFENDANTS' RULE 5.4 CERTIFICATE

Pursuant to Local Rule 5.4, Defendants hereby notifies the Court that the following documents were served upon Plaintiff on November 8, 2023, via U.S. Mail: **Defendants' Subpoena to Produce Documents in a Civil Action to Comprehensive Primary Urgent Care.**

Said documents were addressed to:

> Hung Q. Nguyen, Esq.
> HQ Alex Nguyen Law Firm LLC
> 5495 Jimmy Carter Blvd., Suite B-17
> Norcross, GA 30093
> litigation@770goodlaw.com
> alex@770goodlaw.com

This 8th day of November 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Katherine I. Barton*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 8th day of November 2023.

                                                    **DREW ECKL & FARNHAM, LLP**

                                                    */s/Katherine I. Barton*
                                                    Michael L. Miller
                                                    Georgia Bar No. 508011
                                                    Katherine I. Barton
                                                    Georgia Bar No. 882335
                                                    ***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
alex@770goodlaw.com

This 8th day of November 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Katherine I. Barton*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

13818028v1
05695-260504