**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ARGELIA SOLITO,

    Plaintiff,

v.

SAM'S EAST, INC., JOHN DOE 1-2,
ABC CORP., and XYZ CORP.,

    Defendants.

Case No. 1:23-cv-03438-MLB

**DEFENDANTS' RULE 5.4 CERTIFICATE**

Pursuant to Local Rule 5.4, Defendants hereby notifies the Court that the following documents were served upon Plaintiff on November 14, 2023, via U.S. Mail:  **Defendants' Subpoena to Produce Documents in a Civil Action to Ambetter of Peach State.**

Said documents were addressed to:

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
alex@770goodlaw.com

This 14th day of November 2023.

**DREW ECKL & FARNHAM, LLP**

/s/Katherine I. Barton
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for Defendants hereby certifies that the foregoing has been prepared

with one of the font and point selections approved by the Court in LR 5.1(B):

Times New Roman (14 point).

This 14th day of November 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Katherine I. Barton*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the within and foregoing with the

Clerk of the Court using the CM/ECF system which will automatically send e-mail

notification of such filing to the following attorneys of record:

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
alex@770goodlaw.com

This 13th day of November 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Katherine I. Barton*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

13818028v1
05695-260504