## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case 1:23-cv-03438-MLB |
| ) | |
| SAM'S EAST, INC., JOHN DOE 1- ) | |
| 2, ABC CORP., and XYZ CORP., ) | |
| ) | |
| Defendants. ) | |

### FOURTH NOTICE TO TAKE DEPOSITION OF ARGELIA SOLITO

TO: Argelia Solito
c/o Hung Q. Nguyen
Law Office of Hung Q. Nguyen & Associates, LLC
litigation@770goodlaw.com

You are hereby notified that on December 11, 2023, beginning at 1:00 p.m., counsel for Defendant will depose ARGELIA SOLITO at the law office of 770GOODLAW, H.Q. Alex Nguyen Law Firm, LLC, 5495 Jimmy Carter Boulevard, Suite B-17, Norcross, Georgia 30093. The deposition will be taken for the purpose of cross-examination, discovery, and all other purposes authorized or permitted by law, pursuant to Federal Rule of Civil Procedure 30(a)(1). The deposition will be recorded by stenographic means and will continue from day to day until completion.

This 4th day of December, 2023.

                                    **DREW ECKL & FARNHAM, LLP**

                                    */s/Michael L. Miller*  
                                    Michael L. Miller  
                                    Georgia Bar No. 508011  
                                    Katherine I. Barton  
                                    Georgia Bar No. 882335  
                                    *Attorneys for Sam's East, Inc.*

303 Peachtree Street, NE  
Suite 3500  
Atlanta, Georgia 30308  
(404) 885-1400  
(404) 876-0992 (facsimile)  
millerm@deflaw.com  
bartonk@deflaw.com

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SAM'S EAST, INC., JOHN DOE 1- )<br>2, ABC CORP., and XYZ CORP., )<br>)<br>Defendants. ) | Case 1:23-cv-03438-MLB |

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I electronically filed Sam's East, Inc.'s ***Third Notice to Take Deposition of Argelia Solito*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Hung Q. Nguyen, Esq.
Adam Klein, Esq.
litigation@770goodlaw.com
alex@770goodlaw.com
adam@770goodlaw.com

- 4 -

        **DREW ECKL & FARNHAM, LLP**

        */s/Michael L. Miller*
        Michael L. Miller
        Georgia Bar No. 508011
        Katherine I. Barton
        Georgia Bar No. 882335
        *Attorneys for Sam's East, Inc.*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 (facsimile)
millerm@deflaw.com
bartonk@deflaw.com

05695-260504