# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO,<br><br>　　　Plaintiff,<br>v.<br><br>SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP.,<br><br>　　　Defendants. | Case No. 1:23-cv-03438-MLB |

## DEFENDANTS' RULE 5.4 CERTIFICATE

Pursuant to Local Rule 5.4, I hereby notify the Court that a copy of *Defendants' Subpoena to Produce Documents in a Civil Action to (1) Gastroenterology Specialists of Gwinnett PC, (2) Advanced Urology Institute, and (3) Georgia Health Imaging* were served upon Plaintiff January 3, 2024, by First-Class, U.S. Mail addressed as follows:

> Hung Q. Nguyen, Esq.
> HQ Alex Nguyen Law Firm LLC
> 5495 Jimmy Carter Blvd., Suite B-17
> Norcross, GA 30093
> litigation@770goodlaw.com
> alex@770goodlaw.com

This 16th day of January 2024.

　　　　　　　　　　　　　　　　　　　　**DREW ECKL & FARNHAM, LLP**

　　　　　　　　　　　　　　　　　　　　*/s/Katherine I. Barton*
　　　　　　　　　　　　　　　　　　　　Michael L. Miller
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 508011

                                                  Katherine I. Barton  
                                                  Georgia Bar No. 882335  
                                                  ***Attorneys for Defendants***

303 Peachtree Street, NE  
Suite 3500  
Atlanta, Georgia 30308  
(404) 885-1400  
(404) 876-0992 Fax  
millerm@deflaw.com  
bartonk@deflaw.com

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendants hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 16th day of January 2024.

                                            **DREW ECKL & FARNHAM, LLP**

                                            <u>*/s/Katherine I. Barton*</u>
                                            Michael L. Miller
                                            Georgia Bar No. 508011
                                            Katherine I. Barton
                                            Georgia Bar No. 882335
                                            ***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Hung Q. Nguyen, Esq.
> HQ Alex Nguyen Law Firm LLC
> 5495 Jimmy Carter Blvd., Suite B-17
> Norcross, GA 30093
> litigation@770goodlaw.com
> alex@770goodlaw.com

This 16th day of January 2024.

**DREW ECKL & FARNHAM, LLP**

*/s/Katherine I. Barton*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 Fax
millerm@deflaw.com
bartonk@deflaw.com

14059394v1
05695-260504