### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| ARGELIA SOLITO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case 1:23-cv-03438-MLB |
| | ) | |
| SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **PETITION FOR LEAVE OF ABSENCE**

COMES NOW, Michael L. Miller, lead counsel for Defendant, and pursuant to L.R. 83.1(E)(4), respectfully notifies the Court and all opposing counsel that he will be on leave as follows:

1. The periods of leave during which time lead counsel Michael L. Miller will be away from the practice of law:

| | |
|---|---|
| February 12-19, 2024 | Family vacation |
| April 1-8, 2024 | Out-of-state conference |
| June 10-17, 2024 | Out-of-state speaking engagement |
| August 12-26, 2024 | Family vacation |
| September 16-23, 2024 | Two out-of-state conferences |

- 1 -

- 2 -

December 23-January 3, 2024                           Family vacation

    2.  The purposes for the requested leaves are listed above.

Respectfully submitted, this 22nd day of January, 2024.

                                                **DREW ECKL & FARNHAM, LLP**

                                                */s/Michael L. Miller*
                                                Michael L. Miller
                                                Georgia Bar No. 508011

303 Peachtree Street, NE          *Attorneys for Defendant*
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 (fax)
millerm@deflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed Michael L. Miller's *Petition for Leave of Absence* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Hung Q. Nguyen, Esq.
**HQ ALEX NGUYEN LAW FIRM LLC**
litigation@770goodlaw.com
alex@770goodlaw.com

Respectfully submitted, this 22nd day of January, 2024.

        **DREW, ECKL & FARNHAM, LLP**

        */s/ Michael L. Miller*
        Georgia Bar No. 508011
        Attorneys for Defendant

303 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 (fax)
millerm@deflaw.com

05695-260504/0631