# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case 1:23-cv-03438-MLB |
| ) | |
| SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PETITION FOR LEAVE OF ABSENCE

Having considered Michael L. Miller's *Petition for Leave of Absence*, and there being no objection by opposing counsel, the Motion is GRANTED.

SO ORDERED, this _____ day of _____, 2024.

_____
The Honorable Michael L. Brown
United States District Court Judge
Northern District of Georgia