IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAM'S EAST, INC., JOHN DOE 1- )<br>2, ABC CORP., and XYZ CORP., )<br>)<br>Defendants. ) | Case 1:23-cv-03438-MLB |

**DEFENDANT'S NOTICE OF FILING ELECTRONIC MEDIA**

Please take notice that Defendant Sam's East, Inc. has filed the following electronic media to be considered by this Court in support of Defendant's Motion for Summary Judgment via USB drive:

    **1.**    **Exhibit A: Surveillance Footage**

A copy of the contents of this USB drive has been sent to Plaintiff's counsel via online file sharing.

Respectfully submitted this 3rd day of June, 2024.

                                                                  **DREW ECKL & FARNHAM, LLP**

| | |
|---|---|
| 303 Peachtree Street, NE<br>Suite 3500<br>Atlanta, Georgia 30308<br>(404) 885-1400<br>millerm@deflaw.com<br>bartonk@deflaw.com | */s/ Katherine I. Barton*<br>Michael L. Miller<br>Georgia Bar No. 508011<br>Katherine I. Barton<br>Georgia Bar No. 882335<br>*Attorneys for Sam's East, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, )<br>)<br>    Plaintiff, )<br>)<br>v.    )    Case 1:23-cv-03438-MLB<br>)<br>SAM'S EAST, INC., JOHN DOE 1-  )<br>2, ABC CORP., and XYZ CORP.,  )<br>)<br>    Defendants. ) | |

## CERTIFICATE OF SERVICE

Today I served a copy of *Defendant Sam's East, Inc.'s Notice of Filing Electronic Media* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

Adam J. Klein, Esq.
Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
*Attorneys for Plaintiff*

I further certify that the foregoing has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1(C).

This 3rd day of June, 2024.

        **DREW ECKL & FARNHAM, LLP**

        */s/Katherine I. Barton*
        Katherine I. Barton
        Georgia Bar No. 882335
        *Attorneys for Sam's East, Inc.*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
bartonk@deflaw.com

14398866
05695-260504