## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, )<br>)<br>    Plaintiff, )<br>)<br>v. )     Case 1:23-cv-03438-MLB<br>)<br>SAM'S EAST, INC., JOHN DOE 1- )<br>2, ABC CORP., and XYZ CORP., )<br>)<br>    Defendants. ) | |

### DEFENDANT'S NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT

COMES NOW, Defendant Sam's East, Inc. and, pursuant to the Court's Standing Order Regarding Civil Litigation, hereby gives notice of filing the following original deposition transcript in support of it's Motion for Summary Judgment:

- Deposition of Plaintiff Argelia Solito, taken on December 11, 2023.

Respectfully submitted this 3rd day of June, 2024.

**DREW ECKL & FARNHAM, LLP**

| | |
|---|---|
| 303 Peachtree Street, NE<br>Suite 3500<br>Atlanta, Georgia 30308<br>(404) 885-1400<br>millerm@deflaw.com<br>bartonk@deflaw.com | */s/ Katherine I. Barton*<br>Michael L. Miller<br>Georgia Bar No. 508011<br>Katherine I. Barton<br>Georgia Bar No. 882335<br>*Attorneys for Sam's East, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAM'S EAST, INC., JOHN DOE 1- )<br>2, ABC CORP., and XYZ CORP., )<br>)<br>Defendants. ) | Case 1:23-cv-03438-MLB |

## **CERTIFICATE OF SERVICE**

Today I served a copy of *Defendant Sam's East, Inc.'s Notice of Filing of Original Deposition Transcript* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

Adam J. Klein, Esq.
Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
*Attorneys for Plaintiff*

I further certify that the foregoing has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1(C).

- 3 -

This 3rd day of June, 2024.

                         **DREW ECKL & FARNHAM, LLP**

                         */s/Katherine I. Barton*
                         Katherine I. Barton
                         Georgia Bar No. 882335
                         *Attorneys for Sam's East, Inc.*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
bartonk@deflaw.com

14232964/1
05695-260504