IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case 1:23-cv-03438-MLB |
| VS. | ) |
| | ) |
| SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' RESPONSE TO DEFENDANT SAM EAST, INC.'S STATEMENT OF MATERIAL FACTS

The Plaintiffs accept the Defendant's Statement of Material Facts as to Which There is No Genuine Issue to be tried, except the following:

1. In Defendant's Statement of Material Fact #5, the customer with the grey shirt enters the bakery area around 12:15 PM. (Picture attached hereto as Exhibit T).

2. In Defendant's Statement of Material Fact #31, Defendant states that "Despite noticing the leaking package of fuel, taking it out of the cart, and replacing it with an undamaged package, the group of customers never notified an employee of the spill, but continued to stand over it until Plaintiff's fall. (Exhibit A, 12:20:12 PM to 12:25:11 PM. The area of the

1

incident, in reference to Defendant's floor plan of the subject store, is generally between the "commercial bakery" and "Chips and Snacks" shelves and below the "wine" shelves. See floor plan attached to Plaintiff's Brief as Exhibit N, area of incident is noted by a red circle.

Around 12:23 P.M., the man in the red shirt, while carrying a different, not leaking package to replace the previous, alleged leaking package, is seen signaling to the package, lifting his arm, and gesturing in a direction while interacting with someone wearing a yellow safety vest. See pictures attached to Plaintiff's Brief as Exhibit E. Individuals in the Sam's Club wearing yellow safety vests are employees of Sam's Club. See picture attached to Plaintiff's Brief as Exhibit U. In reference to the floor plan, the interaction between the two individuals occurs is located straight north of the area of the subject incident and at around the same horizontal level as the aisles of "Laundry/Homecare" found on the right side of the floor plan. See floor plan attached to Plaintiff's Brief as Exhibit N, location of interaction is noted by a yellow circle.

After said interaction, at around 12:23:44 P.M., the employee wearing the yellow safety vest appears to walk in the same direction as the man in the red shirt when the man in the red shirt was carrying the allegedly leaking product. The Sam's Club store No. 6409 at 1940 Mountain Industrial Blvd.

2

Tucker, Georgia 30084 has inventory of the Member's Mark 6-Hour Safe Heat Chafing Fuel with PowerPad and the aisle containing the product can be seen from the area where the man in the red shirt and the employee in the yellow safety vest were discussing. <u>See</u> picture attached to Plaintiff's Brief as Exhibit V. In reference to Defendant's floor plan of the Sam's Club store No. 6409, the aisle with the chafing fuel inventory is at the top of the page where it says, "Restaurant Supplies." <u>See</u> floor plan attached to Plaintiff's Brief as Exhibit N, location of chafing fuel inventory is noted by a blue arrow.

Respectfully submitted this 21st day of June, 2024.

**770GOODLAW, CAR ACCIDENT LAWYERS, LLC.**

<u>*/s/ Hung Q. Nguyen*</u>
Hung Q. (Alex) Nguyen, Esq.
Georgia Bar No.: 940370
Attorney(s) for Plaintiff

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1 D**

By signature below, counsel certifies that the foregoing document was prepared utilizing 8½" x 11" page with Times New Roman, 14-point font, double spaced, single sided, not containing more than 10 characters per inch of type, margins and page numbering all in compliance with Local Rules 5.1 (C)-(L), and 7.1(D).

Respectfully submitted this 21st day of June, 2024.

                                              **770GOODLAW, CAR ACCIDENT LAWYERS, LLC.**

                                              */s/ Hung Q. Nguyen*
                                              Hung Q. (Alex) Nguyen, Esq.
                                              Georgia Bar No.: 940370
                                              Attorney(s) for Plaintiff

5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
(770) 409-1529 Office
(770) 409-1526 Fax
litigation@770goodlaw.com

## **CERTIFICATE OF SERVICE**

I certify that I have electronically filed the **Plaintiff's Response to Defendant Sam East, Inc.'s Statement of Material Facts** with the Clerk of Court using CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorney of record.

**Michael L. Miller
Katherine I. Barton
DREW ECKL & FARNHAM, LLP
Attorneys for Sam's East, Inc.
303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com**

Respectfully submitted this 21st day of June, 2024.

**770GOODLAW, CAR ACCIDENT LAWYERS, LLC.**

*/s/ Hung Q. Nguyen*
Hung Q. (Alex) Nguyen, Esq.
Georgia Bar No.: 940370
Attorney(s) for Plaintiff