# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAM'S EAST, INC., JOHN DOE 1-)<br>2, ABC CORP., and XYZ CORP., )<br>)<br>Defendants. ) | Case 1:23-cv-03438-MLB |

## NOTICE OF LEAVE OF ABSENCE OF MICHAEL L. MILLER

COMES NOW, Michael L. Miller and respectfully notifies all judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel, pursuant to Georgia Uniform Court Rule 16, that he will be on leave during the time periods indicated below.

1. The periods of leave during which the Applicant will be away from the practice of law:

| | |
|---|---|
| February 12-14, 2025 | Out of state for personal matter |
| March 12-14, 2025 | Out of state for legal conference – ABA Megaconference |
| April 24-25, 2025 | Out of state for personal matter |
| May 29-30, 2025 | Out of the country for family vacation |
| June 2-6, 9, 2025 | Out of the county for family vacation |
| July 25, 28-29, 2025 | Out of state for personal matter |
| September 24-26, 2025 | Out of state for legal conference – TDAC Meeting |

| | |
|---|---|
| October 15-17, 2025 | Out of state for legal conference – TIDA Annual Meeting |

2. The purposes for the requested leaves are listed above.

3. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object. If no objections are filed, the leave shall be granted.

Respectfully submitted, this 17th day of January, 2025.

             **DREW ECKL & FARNHAM, LLP**

             */s/Michael L. Miller*
             Michael L. Miller
             Georgia Bar No. 508011
             *Attorneys for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 17TH day of January, 2025

                                        **DREW ECKL & FARNHAM, LLP**

                                        */s/Michael L. Miller*
                                        Michael L. Miller
                                        Georgia Bar No. 508011
                                        *Attorneys for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing **NOTICE OF LEAVE OF ABSENCE OF MICHAEL L. MILLER** to the parties by filing with the Court's electronic filing system, which automatically sends notice to the following counsel of record:

Adam J. Klein, Esq.
Hung Q. Nguyen, Esq.
**HQ ALEX NGUYEN LAW FIRM LLC**
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA  30093
litigation@770goodlaw.com
alex@770goodlaw.com

This 17TH day of January, 2025

**DREW ECKL & FARNHAM, LLP**

*/s/ Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
*Attorneys for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com