# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Argelia Solito,

        Plaintiff,

v.                                                           Case No. 1:23-cv-3438-MLB

Sam's East Inc.,

        Defendant.

_____/

## ORDER

Defendant moved for reconsideration of the Court's prior Order. (Dkt. 34.)  In response, Stephen Valero—an attorney at the firm representing Plaintiff—responded on Plaintiff's behalf.  (Dkt. 35 at 9.) However, Stephen Valero has not filed an appearance on the docket as counsel for Plaintiff.  The Court thus **ORDERS** Stephen Valero to file a notice of appearance on the docket no later than 7 days from the date of this order.  ***Failure to do so may result in sanctions***.

    **SO ORDERED** this 20th day of October, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE