# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ARGELIA SOLITO,<br>　　Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC.,<br>JOHN DOE 1-2,<br>ABC CORP., and XYZ CORP.,<br>　　Defendants. | CIVIL ACTION<br>FILE NO. 1:23-cv-03438-MLB |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1, please add Mr. Stephen John Valero as additional counsel for the Plaintiff in the above-styled action. Counsel's address, phone number, and Georgia Bar Number are as follows:

> Stephen John Valero
> Georgia Bar No.: 184083
> 770GOODLAW, Car Accident Lawyers, LLC
> 5495 Jimmy Carter Blvd., Suite b-17
> Norcross, Georgia 30093
> 470-273-6206
> Steve@770Goodlaw.com
> Litigation@770Goodlaw.com

Respectfully submitted this 21st day of October, 2025.

**770GOODLAW, Car Accident Lawyers, LLC**

By: _/s/ Stephen J. Valero_
　　Stephen J. Valero, Esq.

1

5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
(770)409-1529 Office
(770)409-1526 Fax
litigation@770goodlaw.com

GA State Bar No.: 184083
Attorneys for Plaintiff

2