**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ARGELIA SOLITO,
    Plaintiff,

v.

SAM'S EAST, INC.,
JOHN DOE 1-2,
ABC CORP., and XYZ CORP.,
    Defendants.

CIVIL ACTION
FILE NO. 1:23-cv-03438-MLB

## JOINT MEDIATION REPORT

COMES NOW, Plaintiff, Argelia Solito, and Defendant, Sam's East, Inc., filing this Joint Mediation Report showing this Court as follows:

Mediation in this matter proceeded on March 12, 2026, with Korey Albury of Zeigler mediation. The parties reached a resolution, and now request sixty (60) days to finalize the settlement and file a dismissal.

Respectfully submitted this 17th day of March, 2026.

**770GOODLAW, H.Q. ALEX NGUYEN LAW FIRM, LLC**

By:   */s/ Stephen J. Valero*
      Stephen J. Valero, Esq.
      GA State Bar No.: 184083
      Hung Q. Nguyen, Esq.
      GA State Bar No.: 940370
      Attorneys for Plaintiff

5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093

1

(770)409-1529 Office
(770)409-1526 Fax
litigation@770goodlaw.com

                                              **DREW ECKL & FARNHAM, LLP**

                                              */s/Katherine Barton*___(Signed
                                              with express permission by
                                              Stephen J. Valero)
                                              Katherine Barton, Esq.
                                              GA State Bar No.: 882335
                                              Michael L. Miller, Esq.
303 Peachtree Street NE, Ste. 3500            GA State Bar No.: 508011
Atlanta, GA 30308                             Attorneys for Defendant
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ARGELIA SOLITO,
    Plaintiff,

v.

SAM'S EAST, INC.,
JOHN DOE 1-2,
ABC CORP., and XYZ CORP.,
    Defendants.

CIVIL ACTION
FILE NO. 1:23-cv-03438-MLB

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a true and correct copy of the

foregoing Joint Mediation Report with the Clerk of Court Utilizing the CM/ECF

filing system, which automatically serves counsel or all parties to this matter.

Respectfully submitted this 17th day of March, 2026.

**770GOODLAW, H.Q. ALEX
NGUYEN LAW FIRM, LLC**

By:   */s/ Stephen J. Valero*
      Stephen J. Valero, Esq.
      GA State Bar No.: 184083
      Hung Q. Nguyen, Esq.
      GA State Bar No.: 940370
5495 Jimmy Carter Blvd., Suite B-17   Attorneys for Plaintiff
Norcross, GA 30093
(770)409-1529 Office
(770)409-1526 Fax

3

litigation@770goodlaw.com