# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Argelia Solito,

        Plaintiff,

v.                                                              Case No. 1:23-cv-3438-MLB

Sam's East Inc.,

        Defendant.

_____/

## ORDER

The parties have announced that this case has settled.  The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement.  If settlement negotiations fail, the parties shall promptly move to reopen the case.

**SO ORDERED** this 18th day of March, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE